Charles L. Kennon, NV Bar No. 7772
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: 725-253-2312
Charles.Kennon@Mccalla.com
Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re: | Case No. 25-12083-mkn |
| ANDRES CORTES, | Chapter 13 |
| Debtor | **NOTICE OF WITHDRAWL OF *AMENDED* MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO DEBTOR AND CO-DEBTOR** |

**TO THE HONORABLE MIKE K. NAKAGAWA, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Royal Pacific Funding Corporation ("Movant") hereby withdraws its Amended Motion for Relief from Automatic Stay as to Debtor and Co-Debtor (the "Motion") filed as docket entry number 45 in the above-captioned matter.

Dated: September 4, 2025

Respectfully Submitted,
McCalla Raymer Liebert Pierce, LLP

By:    *Charles L Kennon*
        Charles L. Kennon

Charles L. Kennon, NV Bar No. 7772
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: 725-253-2312
Charles.Kennon@Mccalla.com
Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re: | Case No. 25-12083-mkn |
| ANDRES CORTES, | Chapter 13 |
| Debtor | **CERTIFICATE OF SERVICE** |

I, Nichole Ortiz, declare:

1.  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is.

2.  On September 4, 2025, true and correct copies of the foregoing documents described:

- Notice of Withdrawal of Amended Motion for Relief from the Automatic Stay and Co-Debtor Stay

were served by the notice of electronic filing for parties and counsel who are filing users:

| *Trustee* | *DEBTOR Attorney's* |
|---|---|
| *RICK A. YARNALL* | ANTHONY DELUCA |
| *Rick@lasvegas13.com* | DelucaEcf@gmail.com |

and by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, on the following interested parties:

///

///

*Debtor*
ANDRES CORTES
4792 LONGSHOT DRIVE
LAS VEGAS, NV 89122

*Co-Debtor*
LIBIA GALLEGO
4792 LONGSHOT DRIVE
LAS VEGAS, NV 89122

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 4, 2025

By:    */s/ Nichole Ortiz*
       Nichole Ortiz